Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER LLP
201 Santa Monica Blvd., Ste. 600
Santa Monica, CA 90401
Tel: (310) 656-7066

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sara Simpson, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>Cinmar, LLC and Frontgate Marketing, Inc.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-4753-MWC-SKx<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| November 19, 2024<br>*Date* | /s/ Simon Franzini<br>*Signature of Attorney/Party* |

NOTE:  **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**